**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

CLERKS OFFICE U.S. DIST. COURT
LYNCHBURG, VA
FILED
June 04, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ B. McAbee
DEPUTY CLERK

| | | |
|---|---|---|
| **AMELIA MERCHANT,** | ) | |
| **Plaintiff,** | ) | **Case No. 7:25-cv-00735** |
| **v.** | ) | |
| | ) | **By:    Michael F. Urbanski** |
| **CITY OF ROANOKE,** | ) | **Senior United States District Judge** |
| **Defendant,** | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the motion to dismiss under Fed. R. Civ. P. 12(b)(6) filed by defendant, ECF No. 2, is **GRANTED IN PART** and **DENIED IN PART.** In particular, the court **GRANTS** the motion to dismiss with respect to Counts I and III and **DENIES** the motion to dismiss with respect to Count II.

It is **SO ORDERED**.

Entered:  June 3, 2026

Michael F. Urbanski
U.S. District Judge
2026.06.03 14:28:42 -04'00'

Michael F. Urbanski
Senior United States District Judge